## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

CECIL HALL,

        Plaintiff,

v.

HOWARD SKOLNIK, et al.,

        Defendants.

2:10-CV-54 JCM (LRL)

**ORDER**

Presently before the court is plaintiff Cecil Hall's amended motion for order to show cause for a preliminary injunction and a temporary restraining order. (Doc. #6).

Plaintiff filed his complaint on January 13, 2010, alleging racial discrimination and violation of his free exercise of religion. (Doc. #1). On May 17, 2010, the court granted plaintiff's motion to proceed in forma pauperis, but ordered that the case be screened under 28 U.S.C. § 1915A before filing the complaint. (Doc. #4). Because the clerk had not yet screened or filed the case, the court denied plaintiff's January 13, 2010, motion for order to show cause for injunction and TRO (doc. #2) as untimely. (Doc. #5).

As of August 30, 2010, the complaint has not been filed or screened. Therefore, plaintiff's amended motion (doc. #6) is also untimely. Plaintiff may properly file motions after the case is screened and the complaint has been filed.

Accordingly,

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that plaintiff Cecil Hall's
2  amended motion for order to show cause (doc. #6) be DENIED.
3  DATED September 3, 2010.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -