UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CECIL HALL, | )<br>) |
| Plaintiff, | )<br>)    2:10-cv-00054-JCM-LRL |
| v. | )<br>)    **O R D E R** |
| HOWARD SKOLNICK, et al., | )<br>) |
| Defendants. | )<br>) |

This case comes before the court on the defendants' Motion to Stay Action (#10). The court has considered the motion and plaintiff's Response (#12). Defendants' motion reads more like a motion to dismiss than a motion to stay. The only basis offered in support of a stay of these proceedings is that the NDOC is apparently in the process of rewriting and eliminating its policy of referring to an "outside organization" the determination as to whether an inmate is Jewish according to Jewish law, and therefore entitled to kosher meals. Because plaintiff has asserted multiple causes of action for damages, the proposed change of policy will not moot all of plaintiff's claims.

IT IS THEREFORE ORDERED that defendants' Motion to Stay Action (#10) is denied.

DATED this 20th day of December, 2010.

_____
**LAWRENCE R. LEAVITT**
**UNITED STATES MAGISTRATE JUDGE**